```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------X
RENÉE WILLETT,
                    Plaintiff,

     - against -

OREN ALEXANDER,

                    Defendant.
---------------------------------X           ORDER
```
**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**          24 Civ. 5672 (NRB)

**WHEREAS** on July 26, 2024, plaintiff Renée Willett commenced this action by filing a Complaint, ECF No. 1; and

**WHEREAS** defendant Oren Alexander sought to extend the time to respond to the complaint on several occasions, ECF Nos. 9-18; and

**WHEREAS** on March 10, 2025, defendant filed a motion to dismiss and an accompanying memorandum of law, ECF Nos. 20 and 21, respectively; and

**WHEREAS** this Court has adopted Individual Practice 2.B., which requires a party to file a letter request for a pre-motion conference before making a motion to dismiss, which defendant did not follow; it is hereby

**ORDERED** that the Clerk of Court is directed to strike from the docket defendant's motion to dismiss, ECF No. 20, and accompanying memorandum of law, ECF No. 21.

Dated:   New York, New York
         March 18, 2025

                                        NAOMI REICE BUCHWALD
                                        UNITED STATES DISTRICT JUDGE