**UNITED STATES DISTRICT COURT**
SOUTHERN DISTRICT OF NEW YORK
UNITED STATES COURTHOUSE
500 PEARL STREET
NEW YORK, NY 10007

**NAOMI REICE BUCHWALD**  (212) 805-0194
**UNITED STATES DISTRICT JUDGE**

March 18, 2025

Evan Torgan
Jonathan Tabar
Torgan Cooper & Aaron, P.C.
17 State Street, Ste 39th Fl.
New York, NY 10004

Peter James Saghir
Gair, Gair, Conason, Rubinowitz, Bloom,
Hershenhorn, Steigma
80 Pine Street, 34th Fl.
New York, NY 10005

Susan R. Necheles
Gedalia M. Stern
NechelesLaw LLP
1120 6th Ave., 4th Fl.
New York, NY 10036

Re: **Willett v. Alexander, 24 Civ. 5672 (NRB)**

Dear Counsel:

On March 18, 2025, we issued an order striking from the docket defendant's motion to dismiss, which was filed without leave. See ECF No. 22. While the Court would normally direct counsel to comply with our Individual Practice 2.B., this does not appear to be a sensible course at this time. I assume counsel are well aware that there are at least two cases pending in the Second Circuit addressing the same issue as the now-struck motion. See Parker v. Alexander, No. 24 Civ 4813 (LAK), 2025 WL 268436 (S.D.N.Y. Jan. 22, 2025); Doe v. Black, No. 23 Civ. 6418 (JGLC), 2024 WL 4335453 (S.D.N.Y. Sept. 27, 2024).

As the Circuit's decision on this issue of law will be binding on this Court, I believe an informal stay for a period of at least six months is advisable. During that time, the Court directs the parties to monitor the Circuit's docket and keep this Court apprised of any updates thereon.

Very truly yours,

Naomi Reice Buchwald
United States District Judge